JS-6

1  LANDAU GOTTFRIED & BERGER LLP
   Robert G. Wilson, SBN 58653
2  rwilson@lgbfirm.com
   1801 Century Park East, Suite 700
3  Los Angeles, California 90067
   Telephone: (310) 557-0050
4  Facsimile: (310) 557-0056

5  Attorneys for Appellant Point
   Center Financial, Inc.

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **CENTRAL DISTRICT OF CALIFORNIA**

10

11 | In re                                  | Case No. CV 13-5621-GW          |
12 |                                        |                                 |
13 | THE PRESERVE, LLC,                     | Bankr. Case No. 2:10-bk-18429-BB|
14 |                             Debtor.    | Adv. Case No. 2:13-ap-01658-BB  |
15 | POINT CENTER FINANCIAL, INC., a California corporation, | |
16 |                         Appellant,     | **ORDER APPROVING STIPULATION AND DISMISSING APPEAL** |
17 |                                        |                                 |
18 |       v.                               |                                 |
19 | BEAUMONT 1600, LLC, a Suspended California Limited | |
20 | Liability Company; DEEP CANYON HOLDINGS, a Delaware corporation; | |
21 | DOUG BEACH, an individual; BEACH, FREEMAN, LIM AND | |
22 | CLELAND, LLP, a California Corporation; and DOES 1 Through | |
23 | 25, inclusive,                         |                                 |
24 |                         Appellees.     |                                 |
25
26
27
28

1
**[PROPOSED] ORDER APPROVING STIPULATION AND DISMISSING APPEAL**

The Court, having considered the Stipulation for Voluntary Dismissal of Appeal Pursuant To FRBP 8001(c)(2) (the "Stipulation") entered into by and between appellant Point Center Financial, Inc. ("Point Center"), on the one hand, and appellees Deep Canyon Holdings; Beaumont 1600, LLC; Doug Beach and Beach, Freeman, Lim and Cleland, LLP, on the other hand, by their attorneys of record, and good cause appearing therefore:

IT IS HEREBY ORDERED:

1. That the Stipulation is approved;
2. That the appeal bearing USDC Case No. 2:13-CV-05621-GW, is hereby dismissed with prejudice; and
3. That Point Center, Deep Canyon Holdings, Beaumont 1600, LLC, Doug Beach, Beach, Freeman, Lim and Cleland, LLP, and the Debtor shall each bear its own costs and/or attorneys' fees as to this appeal only, and not the underlying adversary case and ensuing motions before the bankruptcy court.

Dated: February 3, 2014                    _____
                                           GEORGE H. WU, U.S. District Judge

2
**[PROPOSED] ORDER APPROVING STIPULATION AND DISMISSING APPEAL**